McCully & Beggs, P.C.
Suite 300, 139 Murray Blvd.
Hagatna, Guam 96910
Tel: 671-477-7418
Fax: 671-472-1201
E-mail: mblaw@guam.net

Attorneys for Defendants



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and ESPRECIOSA L.G. REYES,<br><br>    Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.,<br><br>    Defendants. | CIVIL CASE NO. 06-00010<br><br>**ANSWER** |

Defendants answer the Complaint as follows:

FIRST DEFENSE

Defendants assert that the allegations contained in Paragraph 1 of the Complaint are legal conclusions to which no response is necessary and affirmatively allege that this case has been properly removed to this court; admit the allegations contained in Paragraphs 3, 15 and 16; admit the allegations of Paragraph 7 with the exception of the last sentence; admit the allegations of Paragraph 8 with the exception of the last sentence; allege that they are without knowledge or information sufficient to form a belief as to the truth of the allegations

contained in Paragraphs 2, 5, 6, 36 and 37; admit Paragraph 15 to the extent that it alleges the dismissal of the bankruptcy case; admit and deny the allegations of Paragraphs 11, 21, 26, 30, 33, 38 and 44 as they are admitted, denied or otherwise responded to in this Answer; and deny each and every other allegation contained in the Complaint.

### SECOND DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### THIRD DEFENSE

Plaintiffs are barred from seeking any relief pursuant to the doctrines of waiver and estoppel.

### FOURTH DEFENSE

Plaintiffs have not plead fraud, mistake or condition of the mind with the particularity that is required by FRCP 9(b).

### FIFTH DEFENSE

The Complaint is barred by the defense of accord and satisfaction.

### SIXTH DEFENSE

The Complaint is barred by the defense of laches.

### SEVENTH DEFENSE

The Complaint is barred by the applicable statute of limitations.

### EIGHTH DEFENSE

The Complaint is barred by the doctrine of unclean hands.

### NINTH DEFENSE

Defendants are exempt from obtaining a Guam Business License by 11 G.C.A. Section 70103(e)(8) and 11 G.C.A. Section 70103(e)(11).

### TENTH DEFENSE

Any and all actions or failures to act by Defendants were not the proximate cause of any injury or damage suffered by Plaintiffs.

### ELEVENTH DEFENSE

Plaintiffs are barred from obtaining any relief as pleaded in the Complaint because of Plaintiff's failure to take steps to mitigate any damages.

Dated this 31st day of March, 2006.

McCULLY & BEGGS, P.C.
Attorneys for Plaintiffs

BY: _____
MARK S. BEGGS

f# 3695-638