McCULLY & BEGGS, P.C.
ATTORNEYS AT LAW
SUITE 200, 139 MURRAY BOULEVARD
AGANA, GUAM 96910
PHONE: (671) 477-7418, 472-5685

**FILED**
DISTRICT COURT OF GUAM
MAR 31 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and ESPRECIOSA L.G. REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.,<br><br>Debtors. | CIVIL NO. 06-00010<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

On March 31, 2006, on behalf of LPP MORTGAGELTD. and COUNTRYWIDE HOMELOANS, INC., I caused service of the **ANSWER** to the following:

**PHILLIPS & BORDALLO, P.C.**
410 West O'Brien Drive, Suite 102
Hagatna, Guam 96910

Executed on this 31ST day of March, 2006.

By: _____
JThomas San Nicolas

MSB/met F#3695-638