# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Ignacio T. Reyes, et al., | |
| Plaintiffs, | Case No. 1:06-cv-00010 |
| vs. | |
| LPP Mortgage Ltd., et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Scheduling Notice filed April 27, 2006, on the dates indicated below:

McCully and Beggs, P.C.          Phillips and Bordallo, P.C.
May 1, 2006                              April 28, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Notice filed April 27, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 1, 2006                    /s/ Virginia T. Kilgore
                                                      Deputy Clerk