

The Law Offices of
## PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'Ia', Espiritu-ta"

Attorneys for Plaintiffs

FILED
DISTRICT COURT OF GUAM
JUN -6 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

Ignacio T Reyes et al.,

    Plaintiff,

vs.

LPP Mortgage Ltd., et al.,

    Defendants.

Civil Case No. ~~CV186-06~~ 06-00010

**MOTION FOR ENLARGEMENT OF TIME TO FILE PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN**

    Plaintiffs Ignacio T. Reyes and Espreciosa L.G. Reyes, through their attorneys of record, Phillips and Bordallo, P.C., by Michael F. Phillips, request the Court allow an enlargement of time of one (1) week for the submission of the Scheduling Order and Discovery Plan. This motion is brought forth pursuant to Local Rule 16.5 to allow the parties adequate time to review the scheduling order and discovery plan submitted by Plaintiff to Defendant for approval. Due to the current caseload of Plaintiff's counsel, the scheduling order and discovery plan were not delivered to Defendant's counsel until June 5, 2006 leaving insufficient time for the Defendant's counsel to review and consent.

    Respectfully submitted this 6th day of June 2006

PHILLIPS & BORDALLO, P.C.
Attorneys for Plaintiff

By: _____
Michael F. Phillips

**ORIGINAL**