

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"
Attorneys for Petitioner



**FILED**
DISTRICT COURT OF GUAM
JUN - 6 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Ignacio T Reyes et al., | Civil Case No. CV 06-00010 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| LPP Mortgage Ltd., et al., | |
| Defendants. | |

I, Michael F. Phillips, hereby state that on the 6TH Day of June 2006, I caused to be served via hand delivery a copy of the Motion for Enlargement of Time to File Proposed Scheduling Order and Discovery Plan on the following counsel of record at their address:

Mark Beggs
McCully & Beggs, P.C.
Attorneys at Law
Suite 200, 139 Murray Boulevard
Hagatna, Guam 96910

Dated this 6th day of June 2006.

PHILLIPS & BORDALLO, P.C.

By: _____
Michael F. Phillips

**ORIGINAL**