The Law Offices of
**PHILLIPS & BORDALLO**
*A Professional Corporation*
410 West O'Brien Drive, Suite 102
Hagåtña, Guam 96910
Tel: (671)477-ABCD(2223) Fax:(671)477-2FAX(2329)



**FILED**
DISTRICT COURT OF GUAM
JUN -7 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Ignacio T Reyes et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LPP Mortgage Ltd., et al., <br><br> Defendants. | Civil Case No. 06-00010 <br><br> **ORDER** <br> Re Enlargement of Time to <br> File Propose Scheduling Order <br> and Discovery Plan |

It is hereby ordered that Plaintiff's Motion For Enlargement of Time to File Proposed Scheduling Order and Discovery Plan is granted. The Plaintiff shall submit the proposed Scheduling Order and Discovery Plan no later than June 14, 2006.

SO ORDERED this 7th day of June 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**ORIGINAL**