

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| IGNACIO T. REYES, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD., *et al.*,<br><br>Defendants. | Civil Case No. 06-00010<br><br><br><br>MINUTES |

(√) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
(June 20, 2006, at 9:40 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiffs, Ignacio and Espreciosa Reyes, was Michael Phillips, Esq. Appearing for Defendants LPP Mortgage Ltd. and Countrywide Home Loans Inc. was Mark Beggs, Esq.

Judge Manibusan and counsel went over changes to the proposed scheduling order and discovery plan submitted by the parties. Judge Manibusan made the appropriate pen and ink changes to the parties' submission.

The Court reminded counsel that initial disclosures should be made by July 5, 2006, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. In addition, the Court informed the parties that they may request that a settlement conference be scheduled before the Court at a later date.

**ORIGINAL**

1 The conference concluded at 10:00 a.m.

2 Dated: June 20, 2006.

_____
KIM R. WALMSLEY
Law Clerk

- 2 -