

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"
Attorneys for Petitioner



FILED
DISTRICT COURT OF GUAM

JUL - 7 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Ignacio T Reyes et al., ) | Civil Case No. CV06-00010 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| LPP Mortgage Ltd., et al., ) | |
| ) | |
| Defendants. ) | |

I, Michael F. Phillips, hereby state that on the 5TH day of July 2006, I caused to be served via hand delivery a copy of the Initial disclosures Pursuant to rule 26(a)(1) on the following counsel of record at their address:

Mark Beggs
McCully & Beggs, P.C.
Attorneys at Law
Suite 200, 139 Murray Boulevard
Hagatna, Guam 96910

Dated this 5th day of July 2006.

PHILLIPS & BORDALLO, P.C.

By: _____
Michael F. Phillips