FILED
DISTRICT COURT OF GUAM
JAN 31 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and ESPRECIOSA L.G. REYES, <br><br> Plaintiffs, <br><br> vs. <br><br> LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC., <br><br> Defendants. | CIVIL CASE NO. 06-00010 <br><br><br><br> **SUGGESTION OF DEATH** |

Defendants suggest upon the record, pursuant to FRCP 25(a)(1), the death of Plaintiff, Ignacio T. Reyes, during the pendency of this action.

Dated this 30th day of January 2007.

McCULLY & BEGGS, P.C.
Attorneys for Defendants

BY: _____
MARK S. BEGGS

ORIGINAL

f# 3695-638

McCULLY & BEGGS, P.C.
ATTORNEYS AT LAW
SUITE 200, 139 MURRAY BOULEVARD
AGANA, GUAM 96910
PHONE: (671) 477-7418, 472-5685