FILED

DISTRICT COURT OF GUAM

JAN 3 1 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| IGNACIO TAIJERON REYES and ESPRECIOSA LEON GUERRERO,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.<br><br>Defendants. | CIVIL CASE NO. 06-00010<br><br><br>**CERTIFICATE OF SERVICE** |

On January 31, 2007, on behalf of LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC., I caused service of the **SUGGESTIOIN OF DEATH** to the following:

PHILLIPS & BORDALLO
410 West O'Brien Drive, Suite 102
Hagatna, Guam 96910

Executed on this 9th day of January, 2007.

By:_____
JTHOMAS B. SAN NICOLAS

MSB/met F#3695-638

McCULLY & BEGGS, P.C.
ATTORNEYS AT LAW
SUITE 200, 139 MURRAY BOULEVARD
AGANA, GUAM 96910
PHONE: (671) 477-7418, 472-5685

ORIGINAL