# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and ESPRECIOSA L.G. REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendant. | Civil Case No. 06-00010<br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE    (√) PRELIMINARY PRETRIAL CONFERENCE
                                                         (February 20, 2007, at 10:20 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: Attorney Mark S. Beggs appeared on behalf of the Defendants. Plaintiffs' attorney Michael F. Phillips was not present.

    Judge Manibusan was advised that Mr. Phillips was unavailable because he was at the Superior Court of Guam on other matters. Mr. Beggs stated that the parties reached a settlement in October which required the Plaintiffs to increase their payments to the Defendants, in exchange for a stay of the foreclosure proceedings. Mr. Beggs further stated that in December 2006, the plaintiff Ignacio Reyes passed away, and Mr. Phillips was working on getting an

///

///

///

administrator appointed for Mr. Reyes' estate. Mr. Beggs requested a short continuance of this matter to permit Mr. Phillips to further elaborate on the status of this action. Judge Manibusan agreed to a brief continuance and stated the Court would issue an order re-scheduling this matter.

Dated: February 21, 2007.

Prepared by Judith P. Hattori, Law Clerk