# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and ESPRECIOSA L.G. REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendant. | Civil Case No. 06-00010<br><br><br>ORDER |

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference shall be continued to Wednesday, February 28, 2007, at 10:00 a.m. Mr. Phillips shall come prepared to address the progress in getting an administrator appointed to the deceased plaintiff's estate.

SO ORDERED this 21st day of February 2007.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**