# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and<br>ESPRECIOSA L.G. REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and<br>COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendant. | Civil Case No. 06-00010<br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE  (√) PRELIMINARY PRETRIAL CONFERENCE
                                                         (February 28, 2007, at 10:05 a.m.)

( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiffs was attorney Michael F. Phillips, while attorney Mark S. Beggs appeared on behalf of the Defendants.

     Counsel agreed that the trial set for March 13, 2007, should not proceed as scheduled since the parties have reached a settlement which contemplates the Plaintiffs increasing their payments to the Defendants to cure the arrears in exchange for a stay of the foreclosure proceedings and a dismissal of this action. Additionally, before this action can be dismissed, Mr. Phillips would need to have an administrator appointed who could then substitute himself/herself as a party to this action pursuant to Fed. R. Civ. P. 25(a)(1). Judge Manibusan reminded counsel that substitution must be made within 90 days after the suggestion of death is filed or else counsel risks dismissal of the action as to the deceased party.

Mr. Phillips stated that he hoped to commence the probate case for Mr. Reyes' estate by the end of the week or by next week at the latest. He also informed the Court that a motion to substitute the administrator of the estate in place of Mr. Reyes would be filed as soon as an administrator was appointed was appointed by the Superior Court of Guam, however he was uncertain when an administrator would be appointed since action on a probate petition can vary from a few weeks to several months.

Mr. Beggs reported that the Plaintiffs made a full payment in December 2006, a partial payment in January 2007, and no payment in February 2007. Mr. Beggs stated he would provide Mr. Phillips with a summary of the outstanding payments to date.

Judge Manibusan vacated the March 13 trial date and set this matter for a status hearing on Monday, April 30, 2007, at 10:00 a.m.

The conference concluded at 10:20 a.m.

Dated: February 28, 2007.

Prepared by Judith P. Hattori, Law Clerk