DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and ESPRECIOSA L.G. REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendant. | Civil Case No. 06-00010<br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE     (✓) STATUS CONFERENCE
                                                               (April 30, 2007, at 10:21 a.m.)

**Notes**: Appearing on behalf of the Plaintiffs was attorney Michael F. Phillips, and attorney Mark S. Beggs appeared on behalf of the Defendants.

      Mr. Phillips stated that he commenced the probate action for Mr. Reyes in the Superior Court of Guam, and a hearing for the appointment of an administrator for the estate is scheduled on May 30, 2007. Mr. Phillips orally moved that the Court extend the deadline for filing a motion to substitute the administrator as a party to this action pursuant to Fed. R. Civ. P. 25(a)(1). Without objection, Judge Manibusan granted the oral motion and permitted Mr. Phillips to file either a motion or stipulation regarding the substitution no later than July 2, 2007. Mr. Beggs stated that he would stipulate the substitution upon the appointment of the

1  administrator by the Superior Court of Guam.

2      At the parties' request, the Court continued the status conference to Monday,

3  July 9, 2007, at 10:00 a.m.

4      The conference concluded at 10:28 a.m.

5      Dated: April 30, 2007.

7                                          Prepared by Judith P. Hattori, Law Clerk