

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



Attorneys for Plaintiffs

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Ignacio T Reyes et al., | Civil Case No. CV06-00010 |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| vs. | **JULY 9, 2007 STATUS HEARING** |
| LPP Mortgage Ltd., et al., | |
| Defendants. | |

Plaintiffs Ignacio T. Reyes and Espreciosa L.G. Reyes, through their attorneys of record, Phillips and Bordallo, P.C., by Michael F. Phillips, and Defendants LPP Mortgage Ltd., et al., through their attorneys of record McCully & Beggs, P.C. by Mark Beggs, stipulate and agree to continue the status hearing currently set for July 9, 2007 at 10:00a.m. This stipulation is brought forth to allow Plaintiffs' counsel to proceed with the appointment of an administrator for the Estate of Ignacio T. Reyes currently scheduled to be heard on July 13, 2007 at the hour of 9:00 a.m. (Exhibit A) before the Superior Court of Guam.

ORIGINAL

SO STIPULATED:

| PHILLIPS & BORDALLO, P.C. | McCully & Beggs, P.C. |
|---|---|
| By: _____/s/_____ | By: _____/s/_____ |
| MICHAEL F. PHILLIPS | MARK BEGGS |
| Date: July 9, 2007 | Date: 7-9-07 |



The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
"I Erensia, Lina'la', Espiritu-ta"

Attorneys for Petitioner

IN THE SUPERIOR COURT OF GUAM

HAGÅTÑA, GUAM

| | |
|---|---|
| IN THE MATTER OF THE ESTATE ) | PROBATE CASE NO. PR0033-07 |
| ) | |
| OF ) | **SECOND NOTICE OF HEARING** |
| ) | **PETITION FOR APPOINTMENT** |
| IGNACIO T. REYES, ) | **AND FOR LETTERS OF** |
| ) | **ADMINISTRATION** |
| Deceased. ) | |
| _____ ) | |

THIS NOTICE IS REQUIRED BY LAW. YOU ARE NOT
<u>REQUIRED TO APPEAR IN COURT UNLESS YOU DESIRE</u>

NOTICE IS HEREBY GIVEN that **PAUL L.G. REYES.** has filed a Petition for Probate and Letters of Administration upon the estate of the decedent named above, reference to which petition is hereby made for further particulars.

A hearing on the petition is set for July 13, 2007 at 9:00a.m, in the courtroom of the Superior Court of Guam, Hagåtña, Guam.

Dated: MAY 3 0 2007 .

                                         RICHARD B. MARTINEZ,
                                         Clerk of Court
                                         Superior Court of Guam

                              LORETTA C. ANDERSON
                      BY: _____
                              DEPUTY CLERK