

**The Law Offices of**
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

Attorneys for Plaintiffs



FILED
DISTRICT COURT OF GUAM
JUL 27 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

Ignacio T. Reyes et al., )  Civil Case No. CV ~~186-06~~ CV-00010-82
                         )
       Plaintiff,        )
                         )  **MOTION FOR SUBSTITUTION**
   vs.                   )  **OF PLAINTIFF**
                         )
LPP Mortgage Ltd., et al., )
                         )
       Defendants.       )
_____)

Plaintiffs Ignacio T. Reyes and Espreciosa L.G. Reyes, through their attorneys of record, Phillips and Bordallo, P.C., by Michael F. Phillips, request the Court allow a substitution of parties as the Plaintiff Ignacio T. Reyes passed away on December 28, 2006. The Plaintiffs' son Paul Reyes was appointed Administrator for the Estate of Ignacio T. Reyes on July 17, 2007 in the Superior Court of Guam, Probate Case No. PR0033-07, see Order Appointing Administrator attached hereto as Exhibit "A". The Plaintiff respectfully request to substitute Plaintiff Ignacio T. Reyes with The Estate of Ignacio T. Reyes, by Paul L.G. Reyes, Administrator.

Respectfully submitted this 27th day of July 2007.

PHILLIPS & BORDALLO, P.C.
Attorneys for Plaintiff

By:_____
   Michael F. Phillips



**The Law Offices of**
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

FILED

IN THE SUPERIOR COURT OF GUAM

HAGÅTÑA, GUAM

IN THE MATTER OF THE ESTATE )  PROBATE CASE NO. PR0033-07
)
OF )
) **ORDER APPOINTING**
IGNACIO T. REYES, ) **ADMINISTRATOR**
)
Deceased. )
_____ )

This matter having come before the Court on Petitioner's Petition for Letters of Administration and good cause being shown therefore;

**IT IS ORDERED, ADJUDGED AND DECREED** that PAUL L.G. REYES be appointed as Administrator of the Estate of Ignacio T. Reyes, deceased, and he is authorized and empowered to collect and preserve for the personal representative all goods, chattels, debts and effects of decedent, and all incomes, rent, issues, profits, claims and demands of the estate, to take charge and management thereof, enter on and preserve the same from damage, waste, and injury and for such and all other necessary purposes to exercise all the rights and powers of an Administrator as provided by law and that letters testamentary issue upon him taking the oath, without bond.

SO ORDERED this 13TH day of July 2007.

Original Signed By:
KATHERINE A. MARAMAN
**HONORABLE KATHERINE A. MARAMAN**
Judge, Superior Court of Guam

I do hereby certify that the forego... is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam. Dated at Hagatna, Guam

JUL 17 2007

