

**The Law Offices of**
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"



## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| IGNACIO T. REYES et al., | CIVIL CASE NO. CV06-00010 |
| Plaintiff, | **STIPULATION TO SUBSTITUTE PAUL REYES AS PLAINTIFF IN PLACE OF IGNACIO T. REYES** |
| vs. | |
| LPP MORTGAGE LTD., et al., | |
| Defendants. | |

Plaintiff the Estate of Ignacio T. Reyes by Paul L.G. Reyes, Administrator and Espreciosa L.G. Reyes, through their attorneys of record, Phillips and Bordallo, P.C., by Michael F. Phillips, and Defendants LPP Mortgage Ltd., et al., through their attorneys of record McCully & Beggs, P.C. by Mark Beggs, stipulate and agree to substitute Plaintiff Paul L.G. Reyes in place of Ignacio T. Reyes. This stipulation is brought because Plaintiff Ignacio T. Reyes has recently passed away. Paul L.G. Reyes is appointed the Administrator for the Estate of Ignacio T. Reyes, by Superior Court of Guam Probate Case No. PR0033-07, Court Order dated July 17, 2007.

**SO STIPULATED:**

PHILLIPS & BORDALLO, P.C.                McCully & Beggs, P.C.

By: _____           By: _____
    MICHAEL F. PHILLIPS                     MARK BEGGS

Date: August 28, 2007                    Date: 8-29-07

**ORIGINAL**