McCULLY & BEGGS, P.C.
Suite 200, Pan American Building
139 Murray Boulevard
Hagatna, Guam 96910
Phone: (671) 477-7418
Facsimile: (671) 472-1201
E-mail: mblaw@guam.net
Attorneys for Defendants

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Ignacio T Reyes et al., ) | Civil Case No. CV06-00010 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER APPROVING STIPULATION** |
| ) | |
| LPP Mortgage Ltd., et al., ) | |
| ) | |
| Defendants. ) | |

The Stipulation to Substitute Paul L.G. Reyes as Plaintiff in Place of Ignacio T. Reyes is approved.

APPROVED & SO ORDERED, this 13th day of September, 2007.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**