McCULLY & BEGGS, P.C.
Suite 200, Pan American Building
139 Murray Boulevard
Hagatna, Guam 96910
Phone: (671) 477-7418
Facsimile: (671) 472-1201
E-mail: mblaw@guam.net
Attorneys for Defendants

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| Ignacio T Reyes et al., | Civil Case No. CV06-00010 |
| Plaintiff, | |
| vs. | **ORDER APPROVING STIPULATION** |
| LPP Mortgage Ltd., et al., | |
| Defendants. | |

The Stipulation to Continue July 9, 2007 Status Hearing is approved and the Status Hearing shall be held on Tuesday September 25, 2007 at 10:00 a.m.

APPROVED & SO ORDERED, this 13th day of September, 2007.



**/s/ Frances M. Tydingco-Gatewood**
Chief Judge