DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and ESPRECIOSA L.G. REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendant. | CIVIL CASE NO. 06-00010<br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE     (✓) STATUS CONFERENCE
                                                                   (September 25, 2007, at 10:25 a.m.)

**Notes**: Appearing on behalf of the Plaintiffs was attorney Michael F. Phillips, and attorney Duncan McCully appeared on behalf of the Defendants.

      Mr. Phillips stated that the settlement agreement has not been signed by Paul Reyes[1] since he has been off-island. Mr. Phillips further stated that he would seek authorization from his clients to sign the settlement on their behalf, and then he would file a petition in the Superior Court of Guam probate action requesting the court to accept the settlement. Said petition would be filed no later than October 5, 2007. Once accepted, the Plaintiffs would then begin making

---

[1] Paul Reyes was appointed the administrator for the estate of his father, Plaintiff Ignacio T. Reyes. Paul Reyes was subsequently substituted as a Plaintiff herein, pursuant to Fed. R. Civ. P. 25(a)(1).

the required payments, and this action would be dismissed.

The parties agreed to continue the status conference until Monday, November 26, 2007, at 10:00 a.m. If the Superior Court of Guam accepts the settlement prior to said hearing date, the parties will notify the Court and file the appropriate dismissal papers.

The conference concluded at 10:37 a.m.

Dated: September 26, 2007.

Prepared by Judith P. Hattori, Law Clerk