# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and ESPRECIOSA L.G. REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendant. | CIVIL CASE NO. 06-00010<br><br><br>ORDER |

Due to the scheduling needs of the court, the status conference scheduled for November 26, 2007, is hereby moved to Monday, December 3, 2007, at 9:30 a.m.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 26, 2007