DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| PAUL L.G. REYES, as Administrator of the Estate of Ignacio T. Reyes, and ESPRECIOSA L.G. REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendant. | CIVIL CASE NO. 06-00010<br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE     (√) STATUS CONFERENCE
(December 3, 2007, at 9:40 a.m.)

**Notes**: Appearing on behalf of the Plaintiffs was attorney Leslie Travis, and attorney Mark S. Beggs appeared on behalf of the Defendants.

     Mr. Beggs stated that the Superior Court of Guam has scheduled a hearing for December 20, 2007, on the petition filed by Mr. Phillips to approve the settlement agreement between the parties. Mr. Beggs stated that Mr. Phillips attached the original settlement agreement reached in December 2006 to the petition, but unfortunately said agreement was thereafter amended to reflect a slightly higher monthly payment (from $789 to $793.45) and an extended term of repayment (from 2023 to 2025). Ms. Travis stated that she would immediately work on filing a revised petition with the Superior Court of Guam to reflect the terms of the more recent settlement agreement and would request said court to keep the hearing date unchanged.

Judge Manibusan and counsel discussed the need to have the parties execute the amended settlement agreement prior to the December 20 hearing, so that once the Superior Court of Guam approves the settlement, there would be no further delay in moving this matter forward.

Mr. Beggs stated he would send Ms. Travis another copy of the amended settlement agreement today.

A status conference was thereafter set for December 27, 2007, at 10:00 a.m. If the Superior Court of Guam approves the amended settlement agreement prior to December 27, then counsel do not need to appear for the status conference but need only file a stipulated dismissal of this action for Judge Tydingco-Gatewood's review and approval.

The conference concluded at 9:55 a.m.

Dated: December 3, 2007.

Prepared by Judith P. Hattori, Law Clerk