# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

PAUL L.G. REYES, as Administrator of the Estate of Ignacio T. Reyes, and ESPRECIOSA L.G. REYES,

Plaintiffs,

vs.

LPP MORTGAGE LTD. and COUNTRYWIDE HOME LOANS, INC.,

Defendant.

CIVIL CASE NO. 06-00010

MINUTES

( ) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE      (√) STATUS CONFERENCE
(December 27, 2007, at 10:07 a.m.)

**Notes**: Appearing on behalf of the Plaintiffs was attorney Leslie Travis, and attorney Mark S. Beggs appeared on behalf of the Defendants.

Mr. Beggs stated that the Superior Court of Guam has approved the revised settlement agreement in the probate action. Ms. Travis assured the court that Mrs. Reyes and the estate administrator would sign the revised settlement agreement tomorrow. Thereafter, a stipulation to dismiss this action could be filed with court. Judge Manibusan directed Ms. Travis to file the stipulated dismissal and submit the proposed order for Judge Tydingco-Gatewood's signature no later than January 2, 2008. If the dismissal document is not filed prior to said date, then the parties shall appear for another status conference on January 3, 2008, at 10:00 a.m.

The conference concluded at 10:15 a.m.

Dated: December 27, 2007.

Prepared by Judith P. Hattori, Law Clerk