IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| IGNACIO T. REYES and<br>ESPRECIOSA L.G. REYES,<br><br>    Plaintiffs,<br><br>vs.<br><br>LPP MORTGAGE LTD. and<br>COUNTRYWIDE HOME LOANS, INC.,<br><br>    Defendants. | CIVIL CASE NO. 06-00010<br><br>**STIPULATION OF DISMISSAL** |

The dispute in this case having been amicably settled, the parties stipulate that the complaint shall be dismissed with prejudice. Each party shall bear their own attorney fees and costs.

PHILLIPS & BORDALLO, P.C.          McCULLY & BEGGS, P.C.
Attorneys for Plaintiffs            Attorneys for Defendants


BY: Leslie Travis                   BY: Mark S. Beggs
Dated: 12/28/07                     Dated: 12-29-07

ORIGINAL

STIPULATION OF DISMISSAL
Civil Case No. CV06-00010

DEFENDANT                                          DEFENDANT

_____                            _____
Paul Reyes, Administrator of                       Espreciosa L.G. Reyes
the Estate of Ignacio T. Reyes

Dated: 12-28-07                                    Dated: 12-28-07

~~APPROVED AND SO ORDERED this _____ day of December 2007~~

1-2-08

_/s/_ Ju~~dge, District C~~ourt of Guam

f# 3695-638

McCULLY & BEGGS, P.C.
ATTORNEYS AT LAW
SUITE 200, 139 MURRAY BOULEVARD
AGANA, GUAM 96910
PHONE: (671) 477-7418, 472-5685

2