McCULLY & BEGGS, P.C.
Suite 200, Pan American Building
139 Murray Boulevard
Hagatna, Guam 96910
Phone: (671) 477-7418
Facsimile: (671) 472-1201
E-mail: mblaw@guam.net
Attorneys for Defendants

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| Ignacio T Reyes et al., | Civil Case No. CV06-00010 |
| Plaintiff, | |
| vs. | **ORDER APPROVING STIPULATION** |
| LPP Mortgage Ltd., et al., | |
| Defendants. | |

The Stipulation of Dismissal submitted by the parties is approved and the complaint is dismissed with prejudice. Each party is to bear their own fees and costs.

SO ORDERED, this 2nd day of January 2008.



/s/ Frances M. Tydingco-Gatewood
Chief Judge