# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Ignacio T. Reyes, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LLP Mortgage Ltd., et al..,<br><br>Defendants. | Civil Case No. 1:06-cv-00010<br><br><br>**J U D G M E N T** |

     Judgment is hereby entered in accordance with the Order Approving Stipulation filed on January 2, 2008.

     Dated this 3rd day of January, 2008, Hagatna, Guam.

**/s/ Jeanne G. Quinata**
Clerk of Court
